IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| HUBERT CHAMPAGNE, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. G-05-299 |
| § | |
| TETRA APPLIED TECHNOLOGIES, INC., § | |
| et al., § | |
| § | |
| Defendants. § | |

**ORDER DENYING UNOPPOSED MOTION TO CONTINUE HEARING ON TOBIAS, INC.'S MOTION FOR SUMMARY JUDGMENT**

This admiralty case arises out of injuries sustained by Hubert Champagne, Jr. while he was being transferred by personnel basket to a fixed platform on the Outer Continental Shelf off the coast of Texas. Now before the Court is Defendant Dados & Curole Marine Contractors, Inc's. ("Dados") Unopposed Motion to Continue Hearing on Tobias, Inc.'s Motion for Summary Judgment. On November 16, 2005, Tobias, Inc. moved for summary judgment. On November 21, 2005, Dados moved for summary judgment. Dados now requests that this Court continue its consideration of Tobias, Inc.'s Motion for Summary Judgment so that its own Motion may be determined in advance. This Court is not in the practice of continuing motion deadlines according to the personal preferences and conveniences of the Parties. Past experience has shown that this interferes with the Court's efficient and orderly administration of its considerably large docket. For these reasons, Dados' Motion to Continue is respectfully **DENIED**. It is hereby **ORDERED** that all Parties in this case are to file their Responses to Dados' and Tobias, Inc.'s Motions for Summary Judgment as scheduled.

**IT IS SO ORDERED**.

**DONE** this 2nd day of December, 2005, at Galveston, Texas.

_____
Samuel B. Kent
United States District Judge